# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Angel Rodriguez-Ortiz  Cr.: 20-00987-001
PACTS #: 1961283

Name of Sentencing Judicial Officer: THE HONORABLE NOEL L. HILLMAN
UNITED STATES DISTRICT JUDGE

(JURISDICTION OF DOCKET NUMBER 20-00987-001 REASSIGNED FROM THE HONORABLE CARMEN CONSUELO CEREZO, UNITED STATES DISTRICT JUDGE, DISTRICT OF PUERTO RICO TO THE HONORABLE NOEL L. HILLMAN AS OF NOVEMBER 10, 2020)

Date of Original Sentence: 07/29/2003

Original Offense: Count 1: Conspiracy to Distribute at least two, but less than three and a half (3.5) kilograms of cocaine, 21 USC 846

Original Sentence: 121 months imprisonment, followed by a 48-month term of supervised release

Special Conditions: Special Assessment, Location Monitoring Program (added by Modification Order Dated November 25, 2019)

Type of Supervision: Supervised Release  Date Supervision Commenced: 08/24/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

According to the Complaint-Summons, on May 1, 2021, in Woodbine Boro, Cape May County, Angel D Rodriguez-Ortiz, the offender, knowingly exhibited, displayed or uttered a document of other writing which falsely purported to be a document issued by a governmental agency (fraudulent temporary Pennsylvania Registration) which could be used as a means of verifying a person's identity or age or any other personal identifying information, specifically, by presenting falsified registration documentation during the course of a motor vehicle stop, in violation of 2C:21-2.1C.

In addition, on this same date, the offender committed the offense of forgery by (uttering any writing which he knows to be forged in a manner specified in paragraph (1) or (2) of this statute), specifically by presenting falsified registration documentation during the course of a motor vehicle stop, in violation of 2C:21-1A(3).

Further, on May 5, 2021, USPO Annie Cruz made telephonic contact with Trooper Storey of the New Jersey State Police to confirm the above-noted. Trooper Storey indicated that he conducted a traffic stop on a Ford Freestyle bearing Pennsylvania temporary tags, for a defective tail-light., and made contact with the driver, identified as Angel D Rodriguez-Ortiz, the offender. Trooper Storey noted that the offender presented him with a valid New Jersey Driver's license and a separate document purporting to be the registration of the vehicle. After conducting a record check, it was determined the temporary tags were not registered in the State of Pennsylvania. Trooper Storey questioned the offender and he admitted to purchasing the temporary tags. The offender was arrested and transported to the NJ State Police Office in Woodbine, New Jersey. He was charged as noted above and was also cited for driving or parking unregistered motor vehicle, no liability insurance coverage on motor vehicle, fictitious plates and maintenance of lamps. As per Trooper Storey, the offender was cooperative during the stop.

U.S. Probation Officer Action:

The offender maintains regular contact with the undersigned officer and makes himself available when needed. He has been gainfully employed as a maintenance worker for Melita Coffee in Millville, New Jersey since November 2018. He is set to expire from supervised release on August 23, 2021. The undersigned officer spoke to the offender about the non-compliance in this report. He explained that he purchased a vehicle from his nephew and made the poor decision to buy paper tags in order for him to travel to and from work. The offender recognized his mistake, was remorseful and advised USPO Cruz that he has since registered the vehicle. The offender provided USPO Cruz with a copy of his vehicle registration card, insurance card and the vehicle's title.

We are not recommending any Court action at this time but are requesting that this document serve as an Official Judicial Letter of Reprimand. We will maintain regular contact with the offender and monitor the motor vehicle pending charge against him.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*D. Annie Cruz*

By: D. ANNIE CRUZ
U.S. Probation Officer

/ dac

APPROVED:

*Steve Alfrey*     5/17/2021
STEVEN ALFREY      Date
Supervising U.S. Probation Officer


*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time – Document to Serve as Official Judicial Letter of Reprimand

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/ Noel L. Hillman
_____
U.S. District Judge

5/18/2021
_____
Date